# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION
### C/A No.: 4:11-CV-03047-RBH

| | |
|---|---|
| Norman Pullium and Patriot's Plantation II, LLC, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>David R. Clark, The National Auction Group, Inc., Patriot's Plantation, LLC, First Century Bank, N.A., First Sentry Bank, Inc., and Bank of Floyd, )<br>)<br>Defendants. )<br>) | **ORDER OF DISMISSAL WITH PREJUDICE AS TO THE NATIONAL AUCTION GROUP, INC.** |

This matter comes before this Court on Motion of The Defendant The National Auction Group, Inc. pursuant to Rule 41(a)(2), FRCP, for an Order dismissing The National Auction Group, Inc. from this action with prejudice [ECF Document # 152]. All parties have consented to this motion. Now, therefore, IT IS HEREBY ORDERED:

1. All claims or causes of action that have been or could have been asserted by the Plaintiffs against The National Auction Group, Inc., particularly those contained in the Second Amended Complaint, are dismissed with prejudice.

2. The National Auction Group, Inc.'s Cross-Claims against Patriot's Plantation, LLC and First Century Bank, N.A. are dismissed with prejudice.

3. All claims or causes of action that have been or could have been asserted against The National Auction Group, Inc. by the other parties to this action are dismissed with prejudice.

4. All claims or causes of action that have been or could have been asserted by The National Auction Group, Inc. against the other parties to this action are dismissed with prejudice.

2

5. The parties shall bear their own costs and attorneys' fees.

6. All claims and causes of action not involving The National Auction Group, Inc. shall remain pending.

IT IS SO ORDERED.

Florence, South Carolina

April 16, 2013                                          <u>s/R. Bryan Harwell</u>
                                                        R. Bryan Harwell
                                                        United States District Judge